IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN RE | * |
| | * Case No. 18-33077 |
| | * |
| JAMES D. OGLESBEE, Jr. | * Judge John P. Gustafson |
| KAREN S. OGELSBEE | * |
| | * William L. Swope, Trustee |
| | * 610 Tiffin Ave. |
| | * Findlay, Ohio 45840 |
| | * (419) 422-0288 |
| | * Sup. Ct. #0029538 |
| | * |
| | * |

### MOTION FOR TURNOVER

Now comes William L. Swope, the Trustee, and respectfully requests the Court to enter an Order directing the Debtor(s) to disclose the following information: Copies of the 2018 Federal and State Tax returns.

Further, the Trustee hereby respectfully requests the Court to enter an Order directing the Debtor(s) to surrender the following property: Non-Exempt portion of the 2018 Federal and State Tax refunds, within ten days of receipt.

Further, the Trustee hereby respectfully requests the Court to enter an Order directing that the Debtor(s) take no post-petition action that results in a diminution of the value of the potential estate asset.

WHEREFORE, the Trustee respectfully requests the Court enter an Order as requested.

Respectfully submitted,

/s/ William L. Swope
William L. Swope, Trustee

### NOTICE

**Pursuant to Rule 9013-(a) of the Local Rules of the United States Bankruptcy Court for the Northern District of Ohio Western Division, this Notice is to all persons entitled to notice, that the respondent has fourteen (14) days, or such other time as fixed by Bankruptcy Rule or statute or as the Court may order, after service to file and serve a response or a request for a hearing and that if a response or request is not timely filed with the Court and served upon the movant, the Court may grant the relief requested in the motion without a hearing.**

CERTIFICATE OF SERVICE

I certify that on Wednesday, December 19, 2018, a true and correct copy of the Motion For Turnover was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

    MARK A VAN DYNE, on behalf of JAMES D. OGLESBEE, Jr. and KAREN S. OGELSBEE, debtors, at mavandyne@frvlimalaw.com

    United States Trustee, at (Registered address)@usdoj.gov

    William L. Swope, on behalf of the Chapter 7 Trustee's Office at trustee7@sbcglobal.net

And by regular U.S. mail, postage prepaid, on:

    JAMES D. OGLESBEE, Jr.
    KAREN S. OGELSBEE
    521 S. BAXTER STREET
    LIMA, OH  45801

/s/William L. Swope
William L. Swope, Trustee
Sup. Ct. #0029538
610 Tiffin Ave.
Findlay, Ohio 45840
(419) 422-0288
trustee7@sbcglobal.net